# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCT LIABILITY LITIGATION | MDL No. 2:18-mn-02873-RMG <br><br> This document relates to: <br><br> *Salgado-Fernandez v. 3M Company*, No. 2:25-cv-13615-RMG |

## MOTION TO WITHDRAW NATHANIEL L. SCHETTER AS COUNSEL

COMES NOW Defendant 3M Company ("3M") and hereby moves this Court to permit Nathaniel L. Schetter to withdraw as counsel of record for 3M. 3M further states in support of this motion:

1. Mr. Schetter will soon leave the employ of Jenner & Block LLP.

2. No substitution of counsel is necessary as 3M will continue to be represented by its existing counsel of record.

3. The relief sought herein will not prejudice any party or affect any pretrial deadlines.

WHEREFORE 3M prays this Court issue an Order granting its motion to permit Nathaniel L. Schetter to withdraw as counsel of record in this action. Prior to filing this motion, 3M conferred with Plaintiff's counsel regarding Plaintiff's consent to this motion but has not received a response as of the time of this filing.

Dated: February 6, 2026

                                                                                                          Respectfully submitted,

                                                                                                          s/ Brian C. Duffy
                                                                                                          Brian C. Duffy (Fed. Id. No. 9491)
                                                                                                          Duffy & Young, LLC
                                                                                                          96 Broad Street
                                                                                                          Charleston, SC 29401

(843) 720-2044
(843) 720-2047
bduffy@duffyandyoung.com

*Liaison Counsel for 3M Company*

s/ Nathaniel L. Schetter
Nathaniel L. Schetter
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
(312) 222-9350
nschetter@jenner.com